

FILED

2008 NOV 25 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN DELMARE, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SUNGARD HIGHER EDUCATION, INC. a Delaware Corporation; SYSTEMS AND COMPUTER TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO. 07-CV-1801 W (CAB)<br><br>(1) ORDER GRANTING JOINT MOTION TO AMEND, AND (2) AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

    Pending before the Court is a joint motion to amend the November 17, 2008 Order Granting Plaintiff's Motion For Preliminary Approval Of Class Settlement (Doc. No. 37) (the "Approval Order"). Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 39), **VACATES** the dates set forth in the Approval Order, and hereby **ORDERS** as follows:

WHEREAS, on October 15, 2008, Plaintiff Donovan Delmare as an individual and as representative of the Class ("Plaintiff") and Defendant Sungard Higher Education Inc. ("Defendant"), entered into a Stipulation of Settlement ("Settlement Agreement") intended to resolve the above-captioned action;

WHEREAS, the Settlement Agreement sets forth the terms and conditions of a proposed settlement and the dismissal of this action against Defendant;

WHEREAS, the Court has before it the Plaintiff's Motion for Preliminary Approval of Settlement and Certification of Settlement Class and Plaintiff's Motion for Appointment of Class Counsel filed October 15, 2008, together with supporting materials;

WHEREAS, the Court has before it Defendant Sungard Higher Education, Inc.'s notice of non-objection filed November 3, 2008;

WHEREAS, the Court has heard the attorneys for the parties with respect to the proposed settlement of this action;

WHEREAS, the Court is satisfied that the terms set forth in the Settlement Agreement are the result of good faith, arms-length negotiations among Plaintiff and Defendant, and experienced counsel for both Plaintiff and Defendant; and,

WHEREAS, the Court having reviewed and evaluated all papers submitted respecting the reasonableness of proceeding with this proposed settlement, the Court now finds and Orders as follows:

I. **CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

1. Terms used in this Order have the meaning assigned to them in the Settlement Agreement.

2. For purposes only of the proposed settlement, a Class defined as follows is conditionally certified pursuant to Federal Rule of Civil Procedure 23: "all individuals who work or worked in California for SunGard Higher Education Inc., SunGard Higher Education Managed Services Inc, or Systems and Computer Technology Corporation in a Covered Position at any time during the Class Period, and who do not file a timely

request to be excluded from the settlement." In the event the proposed settlement is not consummated for any reason, the conditional certification set forth in this paragraph shall be of no further force or effect.

## II. APPOINTMENT OF CLASS COUNSEL

3. The law firm of Blumenthal & Nordrehaug and Norman B. Blumenthal, Kyle Nordrehaug and Aparajit Bhowmik of that firm have fairly and adequately represented the interests of the Class, will continue to do so and, pursuant to Federal Rule of Civil Procedure 23(g)(1), are appointed class counsel for purposes of representing the Class conditionally certified in the preceding paragraph of this Order.

## III. PRELIMINARY APPROVAL OF SETTLEMENT

4. Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) and (e)(1)(B), the provisions of the Settlement Agreement are hereby preliminarily approved, subject to further consideration thereof at the final approval hearing provided for below. The Court finds that the Settlement Agreement is sufficiently within the range of reasonableness and that settlement is in the best interests of the Class, such that notice of the proposed settlement should be given as provided in paragraph 5 of this Order.

## IV. NOTICE TO CLASS MEMBERS

5. Within 30 days of the entry of this Order, a Notice of Preliminary Approval and Final Approval Hearing ("Notice"), in the form attached to the Settlement as Exhibit 1, along with the Claim Form, Exclusion Form, and Challenge Form in the form attached to the Settlement Agreement as Exhibit 2, 3 and 4, respectively, shall be sent by the Claims Administrator to all members of the Class defined above. A copy of the Settlement Agreement and its exhibits are attached hereto.

6. The Notice to be provided as set forth in this Order is hereby found to be the best means practicable of providing notice under the circumstances and, when completed, shall constitute sufficient notice of the settlement, the Final Approval Hearing, and the right to be excluded from the settlement to all persons entitled to

participate in the settlement, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) and (e)(1)(B).

7. Any member of the class who desires to opt out of this class action must postmark his or her notification of such intent, pursuant to instructions in the Notice, no later than 45 days from the date of mailing the Notice.

## V. THE FINAL APPROVAL HEARING

8. A hearing on final settlement approval (the "Final Approval Hearing") is hereby scheduled to be held before this Court on **March 9, 2009 at 10:30 a.m.** to consider the fairness, reasonableness, and adequacy of the proposed settlement, Plaintiff's motion for the award of attorneys' fees and costs, the dismissal with prejudice of the class action with respect to Defendant, and the entry of the final judgment in this action. The date and time of the Final Approval Hearing shall be set forth in the Notice.

9. All papers in support of final approval shall be filed on or before **February 23, 2009.**

10. Any Class Member may, but need not, submit comments or objections to the Settlement Agreement. All such comments and objections must be filed with the Clerk of the Court, in writing, **no later than 45 days from the mailing date of the Notice**, and copies of all such papers must be delivered to Class Counsel and Defendant's Counsel on or before the same date.

11. Class Members wishing to be heard at the Final Approval Hearing are required to file written comments or objections and indicate in the writings their intention to appear at the hearing. Class Members need not appear at the Final Approval Hearing or take any other action to indicate their approval of the settlement.

//
//
//
//

12. Any Class Member may, but need not, enter an appearance through his or her own attorney or may appear without an attorney.

IT IS SO ORDERED.

DATE: November 25, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California